

BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR COMPLAINT AFFIDAVIT, ARREST WARRANT, AND CRIMINAL COMPLAINT CONCERNING:<br><br>AWS MOHAMMED YOUNIS AL-JAYAB | 2:16- MJ – 1 EFB<br><br>[PROPOSED] ORDER TO UNSEAL COMPLAINT AFFIDAVIT, ARREST WARRANT, AND CRIMINAL COMPLAINT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 1-7-2016

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE