1 | BENJAMIN B. WAGNER
United States Attorney
2 | JILL M. THOMAS
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

JAN 0 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR COMPLAINT AFFIDAVIT, ARREST WARRANT, AND CRIMINAL COMPLAINT CONCERNING:<br><br>AWS MOHAMMED YOUNIS AL-JAYAB | 2:16- MJ – 1 EFB<br><br>[PROPOSED] ORDER TO UNSEAL COMPLAINT AFFIDAVIT, ARREST WARRANT, AND CRIMINAL COMPLAINT FOR A LMITED PURPOSE |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed for the limited purpose stated in the government's request.

Dated: 1-7-2016

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL ARRESTING DOCUMENTS